United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PETER MENZEL,<br><br>          Plaintiff,<br><br>     v.<br><br>DISTRACTIFY, INC., et al.,<br><br>          Defendants. | Case No. 15-CV-05818-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 39 |
|---|---|

Pursuant to the parties' March 8, 2016 notice of settlement, ECF No. 39, the initial case management conference, currently set for March 9, 2016, at 1:30 p.m., is hereby CONTINUED to April 27, 2016, at 1:30 p.m.

In addition, the Court DENIES the parties' request to "denote this matter as inactive." *Id.* at 2. The parties shall file a stipulation of dismissal no later than April 20, 2016. If the parties do not file a stipulation of dismissal by April 20, 2016, the parties must file a joint case management statement in preparation for the April 27, 2016 case management conference. The Court is fully prepared to set a case schedule and move forward with this action at the April 27, 2016 case management conference.

1   **IT IS SO ORDERED.**

2   Dated:  March 8, 2016

3   _____
    *Lucy H. Koh*
4   LUCY H. KOH
    United States District Judge